1  McGREGOR W. SCOTT
   United States Attorney
2  MELANIE L. ALSWORTH                **SEALED**
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7



**FILED**
Oct 15, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         CASE NO.  1:20-cr-00183-NONE-SKO

12 |                      Plaintiff,   MOTION AND PROPOSED ORDER TO
                                       SEAL INDICTMENT
13 |         v.

14 | RAMON ARMENDARIZ, JR.,

15 |                      Defendant.

16

17

18       The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of

19 Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury

20 on October 15, 2020, charging the above defendant with a violation of 18 U.S.C. § 1343 –

21 WIRE FRAUD (5 COUNTS); 18 U.S.C. § 1344 – BANK FRAUD (8 COUNTS); 18 U.S.C. §

22 1028A – AGGRAVATED IDENTITY THEFT (1 COUNT); 18 U.S.C. §§ 981(a)(1)(C),

23 982(a)(2), AND 28 U.S.C. § 2461(c) – CRIMINAL FORFEITURE, be kept secret until the

24 defendant named in this Indictment is either in custody or has been given bail on these

25 offenses; and further order that until such time as the defendant is in custody or has been

26 given bail, that no person shall disclose the finding of the Indictment or any warrant

27 ///

28 ///

issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: October 15, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By   /s/ MELANIE L. ALSWORTH
MELANIE L. ALSWORTH
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  October 15, 2020

STANLEY A. BOONE
U.S. Magistrate Judge