MCGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>RAMON ARMENDARIZ, JR.,<br><br>              Defendant. | CASE NO. 1:20-cr-00183-NONE-SKO<br><br>ORDER TO<br>UNSEAL INDICTMENT |

The Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the indictment as to defendant ARMENDARIZ be unsealed and be made public record.

DATED: __December 3, 2020__           _____
                                                                        HON. JENNIFER L. THURSTON
                                                                        UNITED STATES MAGISTRATE JUDGE