PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00183 NONE SKO |
| Plaintiff, | STIPULATION TO AMEND CONDITION OF RELEASE TO INPATIENT DRUG TREATMENT |
| v. | |
| RAMON ARMENDARIZ, JR., | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 22, 2020, the parties appeared before the court on defendant's bail review motion. The court modified defendant's release conditions to permit his release from detention on March 23, 2020 so that he could begin inpatient substance abuse treatment at Turning Point in Fresno. Subsequent to the hearing on defendant's motion for bail review, Pretrial Services notified the parties that Turning Point is unable to transport the defendant from the Lerdo pretrial facility, located in Kern County, to its facility in Fresno.

2. The parties stipulate and agree that a representative of the Federal Defender's Office may provide the necessary transportation from Lerdo to Turning Point. The parties further stipulate and agree that the defendant's release should be postponed until Friday, March 26 at 9:00 a.m. This brief

delay is necessary to accommodate the transporter's schedule and to give the Federal Defender's Office time to engage in necessary preparation, including securing a method of transportation that will allow for social distancing.  Upon release, the representative of the Federal Defender's Office will transport the defendant directly to Turning Point in Fresno.

3. Nothing in this stipulation and proposed order is intended to modify any other provisions of the Court's release order.

IT IS SO STIPULATED.

Dated:  March 23, 2021           PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 /s/ MELANIE L. ALSWORTH
                                 MELANIE L. ALSWORTH
                                 Assistant United States Attorney

Dated:  March 23, 2021           /s/ CHRISTINA M. CORCORAN
                                 CHRISTINA M. CORCORAN
                                 Counsel for Defendant
                                 RAMON ARMENDARIZ, JR.

ORDER

For the reasons set forth in the parties' stipulation, defendant's release shall be postponed until Friday, March 26 at 9:00 a.m.  Upon release, the representative of the Federal Defender's Office will transport the defendant directly to Turning Point in Fresno. All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated:  **March 23, 2021**        /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE                    2