PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON ARMENDARIZ, JR.,<br><br>Defendant. | CASE NO. 1:20-CR-00183 NONE SKO<br><br>STIPULATION TO CONTINUE REVIEW HEARING;  ORDER<br><br>DATE: June 14, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order on March 22, 2021, this matter was set for a review hearing regarding future conditions of release on June 14, 2021. The March 22nd order noted that "should the parties believe an extension of time for defendant's continued treatment would be beneficial, a stipulation and proposed [order] should be submitted to the Court for signature." Dkt. # 22.

2. By this stipulation, the parties agree that Mr. Armendariz would benefit from an additional 30 days at Turning Point.

3. Pretrial Services agrees with this arrangement and has approved the additional 30 days with the program.

4. Accordingly, the parties now move to continue the review hearing until July 12, 2021, at

1

2:00 p.m. in order to permit Mr. Armendariz to complete the additional 30 days and to give the parties additional time to discuss future release conditions.

     5.     The status conference in this matter is set for July 21, 2021, at 1 p.m., and time has been excluded under the Speedy Trial Act through that date.

     IT IS SO STIPULATED.

Dated:  June 14, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ MELANIE L. ALSWORTH
MELANIE L. ALSWORTH
Assistant United States Attorney

Dated:  June 14, 2021

/s/ CHRISTINA CORCORAN
CHRISTINA CORCORAN
Counsel for Defendant
RAMON ARMENDARIZ, JR.

**ORDER**

IT IS SO ORDERED.

Dated:  **June 14, 2021**

UNITED STATES MAGISTRATE JUDGE