PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00183-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| RAMON ARMENDARIZ, JR., | DATE: August 3, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for August 3, 2022, may be continued until October 5, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced more than 700 pages of discovery in this case, either directly to counsel and/or made available for inspection and copying. Defense counsel has further investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall be excluded through October 5, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

Dated:  July 29, 2022    /s/ Christina Corcoran
CHRISTINA CORCORAN
Counsel for Ramon Armendariz

Dated:  July 29, 2022    /s/ Alexandre Dempsey
ALEXANDRE DEMPSEY
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00183-JLT-SKO |
| Plaintiff, | ORDER |
| v. | |
| RAMON ARMENDARIZ, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for August 3, 2022, is continued until October 5, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through October 5, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

IT IS SO ORDERED.

DATED: 8/1/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE