PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAMON ARMENDARIZ, JR., <br><br> Defendant. | Case No. 1:20-cr-00183-JLT-SKO <br><br> STIPULATION TO CONTINUE HEARING; ORDER <br><br><br> DATE:  October 28, 2022 <br> TIME:  9:00 a.m. <br> JUDGE:  Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the hearing scheduled for October 28, 2022, may be continued until November 11, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston.  The government has produced more than 700 pages of discovery in this case, either directly to counsel and/or made available for inspection and copying.  On October 26, 2022, pursuant to a protective order, the government produced unredacted versions of a portion of that discovery.  In light of that production, defense counsel requires further time for defense preparation and investigation.  The parties agree that time under the Speedy Trial Act shall be excluded through November 11, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

Dated: October 27, 2022

*/s/ Christina Corcoran*
CHRISTINA CORCORAN
Counsel for Ramon Armendariz

Dated: October 27, 2022

*/s/ Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant United States Attorney

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Change of Plea hearing scheduled for October 28, 2022, is continued until November 11, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The period through November 11, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **October 28, 2022**

UNITED STATES DISTRICT JUDGE